IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOSSO, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DEPENDABLE AUTO SHIPPERS, ) <br> INC., et al., ) <br> ) <br> ) <br> Defendant. ) <br> ) <br>_____) | No. CV-F-07-005 OWW/NEW (TAG) <br><br> ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION TO DISMISS (Doc. 2), DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT, AND VACATING ORAL ARGUMENT SET FOR JULY 2, 2007 |

Pursuant to the Stipulation of the parties filed on May 25, 2007, Defendant's motion to dismiss the Complaint (Doc. 2) is withdrawn.

Plaintiff is ordered to file a First Amended Complaint pursuant to the Carmack Act within 20 days of the filing date of this Order.[1]

Oral argument on the motion to dismiss set for July 2, 2007

---

[1] Pursuant to the Stipulation, Defendant reserves the right to move to dismiss the First Amended Complaint.

1

**is vacated.**

      IT IS SO ORDERED.

**Dated:**   **June 12, 2007**                          /s/ **Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE