Michael G. Marderosian, No. 77296
Paul M. Smith, II, No. 239846
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Plaintiff MICHAEL MOSSO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOSSO, | Case No. 1:07-CV-00005 - GSA |
| Plaintiff, | **STIPULATION TO SETTLE UNDERLYING CASE AND SUBMIT TO BINDING ARBITRATION ON ATTORNEYS' FEES AND COSTS; ORDER** |
| v. | |
| DEPENDABLE AUTO SHIPPERS, INC., and DOES 1 through 25, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto through their attorneys of record herein that:

1. The underlying case is settled for the amount of $17,000, exclusive of attorneys' fees and costs;

2. The parties agree that plaintiff is entitled to reasonable attorneys' fees pursuant to the contract;

3. The issue of reasonable attorneys' fees and costs will be submitted to binding arbitration;

4. The Honorable Howard R. Broadman (Ret.) will act as a mutually acceptable arbitrator;

5. The arbitration shall be heard within 30 days of today's date;

6. The arbitrator's decision shall be final and the parties waive any appeal to which they would otherwise be entitled;

Mosso v. Dependable Auto Shippers, Inc.
United States District Court, Eastern District of California, Case No. 1:07-CV-00005-OWW-NEW (TAG)

1

1            7.      The judgment of the arbitrator shall be paid within 30 days of the notice of decision;

2            8.      The parties shall each pay one-half of the arbitrator's fee;

3     and

4            9.      The parties will execute a standard release at a later date.

6     Dated:   January 23, 2008.                                      MARDEROSIAN, RUNYON, CERCONE,
                                                                       LEHMAN & ARMO

                                                                       By:   /s/ Paul M. Smith, II
                                                                              Paul M. Smith, II,
                                                                              Attorneys for Plaintiff
                                                                              MICHAEL MOSSO

12    Dated:   January 23, 2008.                                      SNYDER DORENFELD, LLP

                                                                       By:   /s/ David K. Dorenfeld
                                                                              David K. Dorenfeld,
                                                                              Attorneys for Defendant DEPENDABLE
                                                                              AUTO SHIPPERS, INC.

18            IT IS SO ORDERED.

19    **Dated:   January 25, 2008**                         /s/ Oliver W. Wanger
                                                             UNITED STATES DISTRICT JUDGE

**Mosso v. Dependable Auto Shippers, Inc.**
United States District Court, Eastern District of California, Case No. 1:07-CV-00005-OWW-NEW (TAG)