UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOSSO, ) | |
| ) | 1:07cv0005 OWW GSA |
| Plaintiff, ) | |
| ) | ORDER DISMISSING ACTION FOR |
| v. ) | FAILURE TO SUBMIT |
| ) | STIPULATED DISMISSAL |
| DEPENDABLE AUTO SHIPPERS, INC.) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____) | |

The parties in this matter having previously notified the court that a settlement had been reached in this matter, and having failed to submit a stipulated dismissal as requested;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

**DATED**: January 7, 2009

/s/ OLIVER W. WANGER
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1